2006–1113. **Cuyahoga Hts. Local School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.** Board of Tax Appeals, Nos. 2003–H–601, 2003–H–602, 2003–H–604, 2003–H–605, 2003–H–606, 2003–H–607, 2003–H–611, and 2003–H–612.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 7, 2006*

[Cite as *09/07/2006 Case Announcements,* 2006-Ohio-4578.]

## MOTION AND PROCEDURAL RULINGS

2006–0295. **State v. White.**
Summit App. No. 22591, 2005-Ohio-6990. This cause is pending before the court as a death penalty post conviction appeal. Upon consideration of appellant's motion to extend time for oral argument,

It is ordered by the court that the motion is granted, and the parties shall each be allotted thirty minutes of argument time.

2006–1634. **Watkins v. Collins.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, sua sponte, that the writ is allowed. Allowing the writ means only that a return is ordered.

IT IS FURTHER ORDERED that respondent shall file a return of writ within three days of service of the petition, and petitioners may file a response within three days after the return is filed. Respondent shall provide a copy of the return to petitioners' counsel on the same date that the return is filed. Petitioners' physical presence before the court is not required.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1427. **State ex rel. Wells v. Indus. Comm.**
Franklin App. No. 04AP–758, 2006-Ohio-2738.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1326. **State ex rel. Stamm v. Harm & Ring Mechanical, Inc.**
Franklin App. No. 05AP–742, 2006-Ohio-3108.